UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JOSE MARIANO ROSALES,<br><br>Petitioner,<br><br>v.<br><br>MARCELLO VILLEGAS, et al.,<br><br>Respondents. | No. 1:26-CV-180-H |

**ORDER**

Before the Court is Jose Mariano Rosales's petition for a writ of habeas corpus. Dkt. No. 1. The respondents advise the Court that Rosales has voluntarily departed the United States. Dkt. No. 9 at 1. Because Rosales is no longer in custody, the Court concludes that his claims are moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner had been deported, meaning the court "could not effect [a] bond hearing"). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on August 20, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE